AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18CR3230-JLS |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| FEDRICK EMERY | (COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 76), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS HEREBY ORDERED that the motion is DENIED after complete review of the motion on the merits.

FACTORS CONSIDERED:

The Court finds that Defendant has failed to establish that his current medical condition presents an extraordinary and compelling basis for relief under Section 3582(c)(1)(A)(i). Defendant is 25 years of age and his medical records reveal no history of any serious physical medical condition, although Defendant does appear to suffer from PTSD and depression which is controlled by medication. In November 2020, Defendant claimed for the first time to have suffered asthma as a child and complained of having shortness of breath. He was given an albuterol inhaler and his records reflect no shortness of breath complaints during subsequent medical visits. It appears that a routine pulmonary consultation was scheduled for January 1, 2021, but records from that consultation, if it took place, have not been provided. In November

2020, Defendant was also diagnosed with hypertension and was prescribed medication. There is no indication that the PTSD, asthma, or hypertension are not adequately controlled, or that any of these conditions are of a severity making Defendant particularly vulnerable to COVID-19 under current CDC Guidelines.[1]  Nor is the Court persuaded that Defendant's use of a wheelchair and a medical boot during his recovery from a fractured tibea places him at any significantly elevated medical risk. Considering the measures in place at FCI Terminal Island to minimize the spread of the coronavirus, the Court is not persuaded that the combination of the conditions presented by Defendant warrants relief under Section 3582(c)(1)(A)(i).

    IT IS SO ORDERED.

Dated:  January 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

---

[1] Current CDC Guidelines indicate that persons with moderate-to-severe asthma and hypertension "might" be at increased risk for severe illness from the virus that causes COVID-19. Centers for Disease Control and Prevention, COVID-19, People with Certain Medical Conditions https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (last accessed January 21, 2021).