# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR3230-JLS |
|---|---|
| v. | ORDER GRANTING THE UNITED STATES' MOTION AND SUPPLEMENTAL MOTION TO APPLY FUNDS IN DEFENDANT'S INMATE TRUST ACCOUNT TOWARD DEFENDANT'S OUTSTANDING RESTITUTION JUDGMENT |
| FEDRICK EMERY, | |
| Defendant. | |
| | [ECF Nos. 90 and 95] |

Good cause appearing, the Court HEREBY GRANTS the Government's Motion and Supplemental Motion to Apply Funds in Defendant's Inmate Trust Account Toward Defendant's Outstanding Restitution Judgment. For the reasons set forth in the Government's Supplemental Motion (ECF No. 95), the Court HEREBY DENIES Defendant's request for appointed counsel.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3664(k), Defendant's payment schedule is adjusted to require Defendant to pay $2,253.06 forthwith. All other provisions of the payment schedule pursuant to the restitution order entered on July 26, 2019 remain the same.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §§ 3613, 3664(k), (m), and (n), the Bureau of Prisons shall turn over $2,253.06 to the Clerk of Court as payment toward Defendant's restitution judgment.

IT IS SO ORDERED.
Dated: May 17, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge